UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



STEVEN NACHSHEN,

                    Plaintiff,

-v-

MANHATTAN PROMENADE LLC and 344
RESTAURANT GROUP LLC,

                    Defendants.

No. 16-cv-7540 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

    The Court is in receipt of a Stipulation of Remediation and a Stipulation of Voluntary Dismissal (Doc. No. 54), both dated April 2, 2018, indicating that the parties have reached a settlement in this case. Accordingly, IT IS HEREBY ORDERED THAT Plaintiff's claims under the Americans with Disabilities Act and for injunctive relief under the New York State Executive Law and the Administrative Code of the City of New York are dismissed with prejudice, except that dismissal is without prejudice to Plaintiff's claims for attorneys' fees, costs, and expenses. IT IS FURTHER ORDERED THAT Plaintiff's claims for damages under the New York State Executive Law and the Administrative Code of the City of New York and Plaintiff's claims under the New York State Civil Rights Law and for negligence are dismissed without prejudice.

    IT IS FURTHER ORDERED THAT the Court retains jurisdiction to enforce the settlement agreement. *See Kokkonen v. Guardian Life Ins. Co. of Am.*, 511 U.S. 375, 381 (1994). IT IS FURTHER ORDERED THAT the post-discovery conference currently set for April 24, 2018, the trial currently set to begin April 30, 2018, and all pending filing deadlines in this action are CANCELLED.

The Clerk of the Court is respectfully directed to close this case.

SO ORDERED.

Dated:     April 3, 2018
              New York, New York

_____
RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE